# EXHIBIT "H"





L. Graves Stiff, III
P.O. Box 598512
Birmingham, AL 35259-8512
(205) 868-1824
Facsimile: (205) 868-6099
E-mail: gstiff@starneslaw.com

August 18, 2009

Ms. Denise Poole
c/o First Community Bank of Central Alabama
715 Wilson Street
Wetumpka, AL 36092

RE:  Our Client: Guaranty Company of North America-USA
     Principal:  W.D. Wainwright & Sons, Inc.
     Document:   General Agreement of Indemnity
     Our File:   26792

Dear Ms. Poole:

I represent Guaranty Company North America USA, which has issued several performance and payment bonds on behalf of W.D. Wainwright & Sons, Inc.

I am enclosing the General Agreement of Indemnity which was executed on Mary 30, 2007, and appears to have been signed by Stephen and Sheryl Wainwright, and also by Jeff and Tracie Wainwright on May 30, 2007. In the course of GCNA's investigation of several claims which have arisen under the bonds, GCNA's has been advised by counsel representing Jeff and Tracie Wainwright that they deny that the signatures which appear on the face of the document are genuine, and contend that these signatures were placed on the document by some other individual.

It appears that all signatures are notarized by you. We would appreciate your contacting this office immediately so that we can discuss the matter and confirm the relevant facts.

Many thanks for your expected cooperation.

{B1042096}

100 Brookwood Place   Seventh Floor   P.O. Box 598512   Birmingham, Alabama 35259-8512   205-868-6000
RSA Battle House Tower   11 North Water Street   P.O. Box 1548   Mobile, Alabama 36633-1548   251-433-6049   starneslaw.com

August 17, 2009
Page -2-

                                                    Very truly yours,

                                                    STARNES & ATCHISON, LLP

                                                    L. Graves Stiff, III

LGS:sc

{BI042096}