IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUARANTEE COMPANY OF ) <br> NORTH AMERICA USA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERYL B. WAINWRIGHT, *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:09-CV-1003-MEF <br><br> (WO- DO NOT PUBLISH) |

**<u>ORDER</u>**

This cause is before the Court on Guarantee Company of North America USA's ("Guarantee") Motion to Reinstate Stephen R. Wainwright as a defendant in this action. (Doc. # 125). It is hereby ORDERED that any party, including Stephen Wainwright, who opposes this motion show cause by May 13, 2011 why this motion should not be granted.

The Clerk of the Court is DIRECTED to send a copy of this order and Guarantee's Motion to Reinstate (Doc. # 125) to Stephen Wainwright's counsel of record, Nancy Kirby and Joseph Saloom.

Done this the 5th day of May, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE