IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:09-CV-1003-MEF |
| v. | ) ) | (WO- DO NOT PUBLISH) |
| SHERYL B. WAINWRIGHT, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the Court on the Plaintiff's Motion to Reinstate Stephen Wainwright as a defendant in this action. The Court has been notified that Mr. Wainwright does not oppose this motion. Accordingly, the Motion is GRANTED. The clerk of the court is DIRECTED to reinstate Mr. Wainwright as a defendant in this case.

Done this the 18th day of May, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE