IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:09-CV-1003-MEF |
| v. | ) ) | (WO- DO NOT PUBLISH) |
| SHERYL B. WAINWRIGHT, *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

This cause is before the Court on attorney Joseph Saloom's Motion to Withdraw as Counsel (Doc. # 133), filed May 18, 2011.  If Mr. Saloom's Motion is granted, Sheryl Wainwright will have no attorney of record, and will be representing herself as a pro se litigant.  However, the Court does not have contact information for either Stephen Wainwright or Sheryl Wainwright.  Without either the Wainwright's information or an appearance by a new counsel of record, Mr. Saloom's motion cannot be granted.

Accordingly, it is hereby ORDERED that the Wainwrights have until **May 31, 2011** to file their contact information with the Court or cause a new attorney to make an appearance in the case.  The parties are advised that the hiring of new counsel will not be grounds for continuing the trial or pretrial settings in this case.  The pretrial conference is currently scheduled for June 2, 2011.

The Court notes that alongside Joseph Saloom, Nancy Kirby is listed as counsel of record for Stephen Wainwright.  If it is not Ms. Kirby's intention to represent Stephen

Wainwright at trial, it is further ORDERED that she file a notice with the Court clarifying the status of her representation by **May 31, 2011**.

Done this the 19th day of May, 2011.

                                              /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE