IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:09-CV-1003-MEF |
| v. | ) ) | (WO- DO NOT PUBLISH) |
| SHERYL B. WAINWRIGHT, *et al.*, | ) ) | |
| Defendants. | ) | |

ORDER

The parties have notified the Court that Defendants First Community Bank, Denise Poole, and RLI have reached a settlement agreement with the Plaintiff Guarantee Company of North America USA.  Accordingly, it is hereby ORDERED that the parties who have reached a settlement shall file a joint stipulation of dismissal no later than June 17th, 2011.

It is further ORDERED that First Community Bank, Denise Poole, and RLI's deadlines for filing trial briefs and proposed findings of fact and conclusions of law are hereby CANCELLED.  The plaintiff's deadline for filing these materials is unaffected by this order.

Done this the 15th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE