IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:09-CV-1003-MEF |
| v. | ) ) | (WO- DO NOT PUBLISH) |
| SHERYL B. WAINWRIGHT, *et al.*, | ) ) | |
| Defendants. | ) | |

ORDER

The parties have notified the Court that Defendants Jeff and Tracye Wainwright have reached a settlement agreement with the Plaintiff Guarantee Company of North America USA. Accordingly, it is hereby ORDERED that the parties who have reached a settlement shall file a joint stipulation of dismissal no later than June 17th, 2011.

It is further ORDERED that all parties' deadlines for filing trial briefs and proposed findings of fact and conclusions of law are CANCELLED.

Done this the 15th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE