IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, | ) ) | |
| | ) | Case No. 2:09-cv-1003-MEF |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | (WO) |
| SHERYL B. WAINWRIGHT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIAL FINAL JUDGMENT

Having found that there is no just reason for delay, and pursuant to Federal Rule of Civil Procedure 54(b), the Court enters the following partial final judgment:

The Court, with the consent of Plaintiff The Guarantee Company of North America USA ("GCNA") and Defendants Stephen R. Wainwright and Sheryl B. Wainwright (collectively hereinafter, the "Parties"), hereby ORDERS final judgment in favor of GCNA and against Defendants Stephen R. Wainwright and Sheryl B. Wainwright, separately and severally, in the amount of FIVE HUNDRED THOUSAND and no/100 Dollars ($500,000.00).

The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332.  This Court also has personal jurisdiction over the Parties.  Solely for the purposes of this Consent Judgment and the underlying complaint, the Parties waive all objections and defenses that they may have to jurisdiction of the Court or to venue in this

District.  The Parties shall not challenge the Court's jurisdiction to enter and enforce this

Consent Decree.

Done this the 20th day of June, 2011.


                                            /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE