IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUARANTEE COMPANY OF NORTH AMERICA USA, ) ) ) | |
| ) | Case No. 2:09-cv-1003-MEF |
| Plaintiff, ) | |
| v. ) | |
| ) | (WO) |
| SHERYL B. WAINWRIGHT, et al., ) ) | |
| Defendants. ) | |

### FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Doc. # 160), filed on June 17, 2011, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 20th day of June, 2011.

                                                /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE